# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Craig R. Griswold and Robin Griswold

V.

City of Carlsbad

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   06cv1629-WQH-LSP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Defendant's motion to dismiss Plaintiffs' Complaint is GRANTED.

| September 27, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ K. Madden
(By) Deputy Clerk

ENTERED ON September 27, 2007